In the Matter of the Review of the Action of the Committee which Designated JOHN ANDERSON, JR., as a Candidate for Member of the Democratic State Committee in the Thirty-third Senatorial District.

DANIEL J. FINN, Appellant; JOHN B. TROMBLEY, Respondent.

*Matter of Trombley*, 150 App. Div. 14, appeal dismissed.
(Argued June 3, 1912; decided June 18, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 20, 1912, which reversed an order of Special Term denying the application in the above-entitled proceeding, granted said application and adjudged the designation sought to be reviewed illegal and void.

*Edgar T. Brackett* and *Daniel J. Finn* for appellant.

*Thomas F. Conway*, *Frank E. Smith* and *John B. Riley* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.